UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MOHAMED ABDALLA MAHMOUD,<br><br>                  Plaintiff,<br>v.<br><br>JEFFERY HOLZ, *et al.*,<br><br>                  Defendants. | Case No. 3:25-cv-00045-ART-CLB<br><br>ORDER ADMINISTRATIVELY CLOSING CASE |

      State prisoner Mohamed Mahmoud recently filed two pro se civil-rights lawsuits that appear to concern events that happened while he was incarcerated at Ely State Prison—this action and the earlier filed action styled *Mohamed Abdalla Mahmound v. Holz Jeffery*, Case No. 3:25-cv-00040-ART-CLB ("3:25cv40"). In both actions, Mahmoud filed identical motions for a temporary restraining order and a preliminary injunction, (*compare* ECF Nos. 6, 7, *with* 3:25cv40 at ECF Nos. 2, 4), identical motions for leave to file an oversized complaint, (*compare* ECF No. 5, with 3:25cv40 at ECF No.1-1), and identical motions for the appointment of counsel. (*Compare* ECF No. 8, *with* 3:25cv40 at ECF No. 1-2). Mahmoud applied to proceed *in forma pauperis* in both actions, but he did not file a complaint in 3:25cv40. Mahmoud recently filed a "Supplement" in this action explaining, among other things, that he meant to file only one lawsuit but two were filed possibly due to error or mistake by ESP's law library. (ECF No. 9).

      Having reviewed the Supplement and filings in both actions, the Court finds that Mahmoud intended to file only one civil-rights lawsuit, and that this later-filed action was initiated by mistake.

      It is therefore ordered that this case is administratively closed because it was filed in error. Mahmoud is cautioned that no other documents may be filed

in this now-closed case. If Mahmoud wishes to pursue his claims, he must do so in Case No. 3:25-cv-00040-ART-CLB, and he must list that action's case number in the caption of the documents that he files with the Court to ensure proper filing.

It is further ordered that the application to proceed *in forma pauperis* and motions for a restraining order and a preliminary injunction (ECF Nos. 4, 5, 6, 7, 8) are denied as moot. This means Mahmoud will not be responsible for paying the filing fee for this civil action, and his motions will be addressed in Case No. 3:25-cv-00040-ART-CLB.

It is further ordered that the Clerk of the Court will (1) administratively close this case; (2) file in Case No. 3:25-cv-00040-ART-CLB the Complaint and exhibits that were filed in this action (ECF Nos. 1-1, 1-2, 1-3, 1-4); (3) update the docket sheet in Case No. 3:25-cv-00040-ART-CLB to reflect that the plaintiff's last name is Mahmoud; and (4) send Plaintiff Mahmoud a courtesy copy of the docket sheet in Case No. 3:25-cv-00040-ART-CLB reflecting the above changes.

DATED this 29th day of January 2025.

_____
UNITED STATES DISTRICT JUDGE